# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT L. WALKER**
**#0034684**                                                                                          **PLAINTIFF**

V.                           NO. 3:22-cv-00190-JM-ERE

**DOES**                                                                                              **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Robert Walker's motion for leave to proceed *in forma pauperis* (IFP). *Doc. 3*. Mr. Walker failed to include a jail account information sheet completed by an authorized official. He explains that County officials have refused to complete his IFP application.

IT IS THEREFORE ORDERED THAT:

1. Mr. Walker's motion for leave to proceed IFP (*Doc. 3*) is DENIED as incomplete.

2. The Clerk is instructed to provide Mr. Walker another IFP application.

3. Within 30 days, Mr. Walker must return a completed IFP application, including a jail account information sheet, or pay the $402.00 filing fee. Failure to do so could result in the dismissal of this lawsuit.

4. The Clerk is also instructed to provide a copy of this Order to the Warden of the Greene County Detention Center, 1809 North Rocking Chair Road,

Paragould, Arkansas 72450.

5. If County officials continue to refuse to complete his IFP application, Mr. Walker should promptly notify the Court so that the Court can resolve this preliminary issue.

Dated this 16th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE