IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT L. WALKER
#0034684                                                                                    PLAINTIFF

V.                          NO. 3:22-cv-00190-JM-ERE

DOES                                                                                         DEFENDANTS

### ORDER

Plaintiff Robert L. Walker has now submitted all supporting documents to complete his *in forma pauperis* (IFP) application. *Docs. 3, 5*. However, his account information sheet shows that he has over $1,100 in his inmate account. *Doc. 5*. Accordingly, it appears that Mr. Walker has sufficient funds to pay the $402.00 filing fee.

IT IS THEREFORE ORDERED THAT:

1.      If Mr. Walker wants to proceed with this lawsuit, he must pay the $402.00 filing fee within 30 days of this Order.

2.      If Mr. Walker fail to timely comply with this Court's Order, the lawsuit will be dismissed. Local Rule 5.5.

Dated this 19th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE