# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT L. WALKER**
**#0034684**                                                                                          **PLAINTIFF**

**V.**                              **NO. 3:22-cv-00190-JM-ERE**

**DOES**                                                                                               **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Walker's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion

On July 25, 2022, Plaintiff Robert L. Walker, an Arkansas Division of Correction ("ADC") inmate, filed this § 1983 lawsuit *pro se*. *Doc. 1*.

With his initial filing, Mr. Walker failed to provide a completed application

for leave to proceed *in forma pauperis* (IFP); nor did he pay a filing fee. Accordingly, on July 26, 2022, the Court directed the Clerk of Court to send Mr. Walker an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*.

On August 15, 2022, Mr. Walker filed an incomplete motion for leave to proceed IFP with the Court. *Doc. 3*. Because Mr. Walker did not include a calculation sheet and certificate of prisoner accounts signed by an authorized official, the Court denied that motion. *Doc. 4*.

On August 18, 2022, Mr. Walker filed the calculation sheet and certification of prisoner accounts signed by an authorized official. *Doc. 5*. Because Mr. Walker's account information sheet showed that Mr. Walker had over $1,100 in his inmate account, the Court determined that Mr. Walker had sufficient funds to pay the $402.00. filing fee. *Doc. 6*.

In its August 19, 2022 Order, the Court provided Mr. Walker 30 days to pay the filing fee. *Id*. The Court's Order specifically warned Mr. Walker that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Walker has not paid the filing fee, nor has he notified the Court that he no longer has sufficient funds to pay the statutory filing fee. The time to do so has passed.

### III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Walker's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 19, 2022 Order; (2) pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 20th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE