IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT L. WALKER**
**#0034684**                                                                                                          **PLAINTIFF**

V.                                   NO. 3:22-cv-00190-JM-ERE

**DOES**                                                                                                                **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff Robert L. Walker's claims are DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 19, 2022 Order; (2) pay the filing fee; and (3) prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE